IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WIRELESS MONITORING SYSTEMS LLC, | § § § § | |
| Plaintiff, | § § | C.A. No. 18-601 (MN) |
| v. | § § | |
| AMETEK, INC., | § § § | |
| Defendant. | § § | |

**JOINT STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the parties, pursuant to Fed. R .Civ. P. 41(a), subject to the approval of the Court, and pursuant to an agreement between the parties, that Wireless Monitoring Systems LLC's claims in the above-captioned action be, and upon approval are, dismissed WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney fees.

Stipulated hereto by:

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Plaintiff*

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
Drinker Biddle & Reath LLP

1

    222 Delaware Avenue, Suite 1410
    Wilmington, DE 19801-1621
    (302) 467-4200
    francis.digiovanni@dbr.com
    thatcher.rahmeier@dbr.com

    *Attorneys for Defendant*


SO ORDERED THIS _____ day of January, 2019.


                                                                 _____
                                                                 United States District Judge